# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Demetrick. R. Roberts,  )
                         )
         Plaintiff       )
                         )
     vs.                 )        Case No. _____
                         )        (The case number will be assigned by the clerk)
Muscatine County jail nurse, and )
Doctor names Unknow by me,       )
_____  )
_____  )        **FILED**
_____  )
_____  )        JAN 11 2021
_____ ,)
                         )        CLERK OF THE COURT
         Defendant(s)    )        U.S. DISTRICT COURT
                                  CENTRAL DISTRICT OF ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[✓] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Demetrick Roy Roberts

Prison Identification Number: #18623-030

Current address: Henry County Jail 311 W Center Street Cambridge, Illinois 61238

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Jane Doe muscatine county jail nurse Don't know name

Current Job Title: Nurse

Current Work Address Muscatine County Jail

Defendant #2:

Full Name: Jane Doe muscatine county jail Docter Don't know name

Current Job Title: Docter

Current Work Address muscatine County jail

Defendant #3:

Full Name: 

2

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?       Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☑

3

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____
_____

C.  Is the grievance process completed?  Yes ☑  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Muscatine County Jail, Iowa___

Date(s) of the occurrence ___March 2018 to March 2019___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) While In muscatine County jail from around March 2018 too March 2019 I Demetrick Roy Roberts complained about pain (Sever) In my lower "left" Back side, by my kidney area. I put In grievence about my pain on the kiose In muscatine county jail on the Unit I was living. I put In to sick call to see The nurse at That time too Be seen about The pain In my lower left side In my back By my kidney area. I was seen By a nurse at That time, I can't Remember That nurses name at this point of time. I was told That I would be given a urin and Blood sample test soon. I was given a Blood and urin test Soon later, Then put In to be seen By The Doctor of muscatine county jail at That Time of my Incarceration. The nurse I seen on this Health care visit tells me that She Believes That nothing is wrong with me That I might be from lack of hydration. Which I only drink water Due too my Acid Reflux problem.

(2) I am Seen By The Doctor of muscatine county jail. The Doctor tells me that See feels nothing is wrong with me

5

That my urin and Blood test show That my water In my Body is Dyluted or something too That word. So I ask what The pain is comming from. I was given gabapentin saying it was for nurve pain, for my Back Pain. I was already taking omeprazole for acid Reflux, two Blood presure pills for High Blood presure, a sych medication for Depression, and a medication Remron for Anxioty. I explain too The Doctor That The pain Is ongoing and causes me to fall on my knees when it hits at times. I put in on other occassions to be seen By The Doctor about my pain In my lower left side of my Back, by my kidney, but I was told That The Docter says That The pain Is In my head and That they don't give pain medication out To Inmates.

(3) I put In on other occasions to see The nurse, being seen By The nurse but The nurse didn't do anything but take my vitals and tell me that they fell I was making The pain up to get pain medications. I even told Them That I felt The pain was coming from my kidney's and That I would like to Recieve a Kidney Screening To see If my kidney was large or Disnormal, I was Told That They don't do that at muscatine and They Think my Blood and uren Results don't show any problems with my kidneys

(4) After many times of putting In to be seen By The nurse and Doctor about my Back Pain, I Recieved no Response, and on

6

many occasions I was left laying in my bed due too pain trying to lift up to get out of bed. I still have the same pain in my lower left side by my kidney, but now I know for a fact that I am at stage (2) mild kidney Disease and worsening. I was told about my kidney Disease in Oxford federal prison after leaving Muscatine county jail in 2019 after complaining about the pain to Oxford prison nurses. I was given a blood and urin test and they found that I have kidney disease caused by omeprazole medication given too me in Muscatine county jail, and That Being at stage (2) mild means that I would have already had kidney Disease in Muscatine county jail Started by the medication Omeprazole given by Muscatine county jail nurses and Doctor.

⑤ All information of my kidney Disease is in my medical Records in Oxford medical Records through FBOP, You can Receive them through Pekin federal institution in Illinois were I was placed after Oxford WI federal prison Due too kidney Disease stage (2) mild, Due to medical level Being too low in Oxford WI and the severity of my kidney Disease. I haven't had any care from any county, or federal facility for my kidney disease at all and have on Record complaints about the pain with all facilitys on Records

7

## RELIEF REQUESTED

(State what relief you want from the court.)

I am seeking money compensation for the years of pain and complaining with no help at all, just being moved around from place too place. I want the county, and federal institutions to be looked at better to help people like myself with health problems that are in need. I have put on weight, major depression, major anxiety, lack of sleep, and poor low self esteem right now. I am seeking medical attention to help fight my kidney disease so I can live too spend time with my children and family when discharged from prison. I can't do any exercises due to pain and steady gaining weight to were it gets hard to breath at times. Please help me I don't want to die.

**JURY DEMAND**   Yes ☑   No ☐

Signed this ___7TH___ day of ___January___, 20_21_.

_Demetrick Roberts_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Demetrick R. Roberts | #18623-030 |
| Address: Henry County Jail 311 W center Street Cambridge Illinois 61238 | Telephone Number: |

Demetrick R. Roberts
Henry County Jail
311 W Center Street
Cambridge, Illinois, 61238

Legal mail

Legal mail
Federal Building. United District
131 E. 4Th St. Rm
Davenport, IA 52801